MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ESTATES-UNIT OWNERS' ASSOCIATION; HAMPTON AND HAMPTON COLLECTIONS LLC; and SATICOY BAY LLC SERIES 18 VIA VISIONE 10104;<br><br>Defendants. | Case No.: 2:18-cv-00384-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-4, plaintiff Bank of America, N.A. (**BANA**), defendant Estates-Unit Owners' Association (**HOA**), and defendant Saticoy Bay LLC Series 18 Via Visione 10104 (**Saticoy Bay**) stipulate and request the court briefly extend the parties' October 19, 2018 dispositive motion deadline for two weeks, until November 2, 2018, to accommodate undersigned counsel's respective schedules. In support, the parties state as follows:

1. The parties have completed the necessary discovery, including depositions, written discovery, and disclosures, and do not seek any extension of any discovery deadlines;

2. Counsel for the parties are and have been engaged in multiple trials over the past several weeks and months, including trials that are ongoing during the week of October 12-19, the week that ends with the dispositive motion deadline;

1

46719824;1
46719824;1

3. The parties do not seek the requested extension for purposes of undue delay, prejudice, or in bad-faith, but solely to provide counsel with an opportunity to adequately brief the issues to this Court and accommodate the conflicts in counsels' schedules;

4. Although the parties have previously requested an extension of their discovery deadlines (ECF Nos. 26 & 28), which were denied (ECF Nos. 27 & 30), this is the first request for an extension of time solely related to the deadline to file dispositive motions.

Dated this 17th day of October, 2018.

**AKERMAN LLP**

*/s/ Vatana Lay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.,*

Dated this 17th day of October, 2018.

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for Saticoy Bay LLC Series 18 Via Visione 10104*

Dated this 17th day of October, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan D. Hastings*
SEAN L. ANDERSON, ESQ.
Nevada Bar. No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128

*Attorneys for Estates-Unit Owners' Association*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

**DATED:** October 19, 2018.

46719824;1
46719824;1

AKERMAN LLP
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3

46719824;1
46719824;1