MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ESTATES-UNIT OWNERS' ASSOCIATION; HAMPTON AND HAMPTON COLLECTIONS LLC; and SATICOY BAY LLC SERIES 18 VIA VISIONE 10104;<br><br>Defendants. | Case No.: 2:18-cv-00384-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTION FOR RECONSIDERATION**<br><br>**[ECF NO. 62]** |
| SATICOY BAY LLC SERIES 18 VIA VISIONE 10104,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Counter-defendant. | |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**) and defendant and counterclaimant Saticoy Bay LLC Series 18 Via Visione 10104 respectfully submit the following stipulation to allow BANA fourteen additional days to oppose Saticoy Bay's motion for reconsideration, ECF No. 62.

This court granted BANA summary judgment on its second claim for relief and declared defendant Estates-Unit Owners' Association's foreclosure sale did not extinguish BANA's deed of trust

1

49520324;1

on June 12, 2019. (ECF No. 58.) The clerk entered judgment on June 17, 2019. (ECF No. 59.) Saticoy Bay moved to reconsider on July 15, 2019. (ECF No. 62.) BANA's opposition is due July 29, 2019.

BANA and Saticoy Bay stipulate BANA shall have until **August 12, 2019** to oppose Saticoy Bay's motion to reconsider, ECF No. 62. The parties make this stipulation to allow BANA additional time to prepare its opposition briefing. This is the parties' first request to extend the opposition briefing deadlines. This stipulation is not made to cause delay or prejudice to any party.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Scott R. Lachman, Esq.* | */s/ Roger P. Croteau, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 W. Post Road, Suite 100<br>Las Vegas, Nevada 89148 |
| *Attorneys for plaintiff and counter-defendant Bank of America, N.A.* | *Attorneys for defendant and counterclaimant Saticoy Bay LLC Series 18 Via Visione 10104* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of July, 2019.

2

49520324;1