MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ESTATES-UNIT OWNERS' ASSOCIATION; HAMPTON AND HAMPTON COLLECTIONS LLC; and SATICOY BAY LLC SERIES 18 VIA VISIONE 10104; <br><br> Defendants. | Case No.: 2:18-cv-00384-RFB-NJK <br><br> **VOLUNTARY DISMISSAL OF HAMPTON AND HAMPTON COLLECTIONS LLC** |
| SATICOY BAY LLC SERIES 18 VIA VISIONE 10104, <br><br> Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Counter-defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1

53174950;1

Pursuant to Federal Rule of Civil Procedure 41, Bank of America, N.A. (**BANA**) voluntary dismisses its claims against Hampton & Hampton Collections LLC (**Hampton**) without prejudice.

DATED: May 21, 2020

**AKERMAN LLP**

 */s/ Scott R. Lachman*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  22nd day of May, 2020.