MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>  Plaintiff, <br><br> v. <br><br> ESTATES-UNIT OWNERS' ASSOCIATION; HAMPTON AND HAMPTON COLLECTIONS LLC; and SATICOY BAY LLC SERIES 18 VIA VISIONE 10104; <br><br>  Defendants. | Case No.: 2:18-cv-00384-RFB-NJK <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SATICOY BAY LLC SERIES 18 VIA VISIONE 10104, <br><br>  Counterclaimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br>  Counter-defendant. | |

Bank of America, N.A. (**BANA**) and Estates-Unit Owners' Association (**HOA**) stipulate to dismiss all claims in this action brought by BANA against the HOA with prejudice pursuant to Federal Rule of Civil Procedure 41.

/ / /

/ / /

1

53174838;1

1 | Each party shall bear its own attorneys' fees and costs.

2 | DATED: May 21, 2020

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| /s/ Scott R. Lachman | /s/ Ryan D. Hastings |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>2252 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Estates-Unit Owners' Association* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of May, 2020.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572