MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ESTATES-UNIT OWNERS' ASSOCIATION; HAMPTON AND HAMPTON COLLECTIONS LLC; and SATICOY BAY LLC SERIES 18 VIA VISIONE 10104;<br><br>Defendants. | Case No.: 2:18-cv-00384-RFB-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SATICOY BAY LLC SERIES 18 VIA VISIONE 10104,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Counter-defendant. | |

Bank of America, N.A. (**BANA**) and Saticoy Bay Series LLC 18 Visione 10104 (**Saticoy**) stipulate to dismiss all claims in this action brought by BANA against Saticoy and brought by Saticoy against BANA with prejudice pursuant to Federal Rule of Civil Procedure 41.

/ / /

/ / /

1  Each party shall bear its own attorneys' fees and costs.

2  DATED: May 21, 2020

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Roger P. Croteau* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>9120 W. Post Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Saticoy Bay LLC Series 18 Via Visione 10104* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   23rd day of May, 2020.

2

53174846;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572